IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDDIE E. SINKLER,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-936 |
| v. | : | |
| | : | (Judge Rambo) |
| **MR. CLARK,** *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 26th day of November 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants Clark and Addison's motion to dismiss (Doc. No. 19) is **GRANTED**;

2. Plaintiff's claims against Defendant Thomas are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff's claims and complaint (Doc. No. 1) are **DISMISSED WITHOUT PREJUDICE** to his right to reassert his claims in a new action once he has exhausted his administrative remedies; and

4. The Clerk of Court is **DIRECTED** to close the above-captioned case.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge